UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

Eastern District of Kentucky
FILED
JAN 08 2024
AT ASHLAND
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 23-110-DLB-CJS

EUGENE BAKER                                                                         PETITIONER

v.                                                  **ORDER**

JAMES DAVID GREEN, WARDEN                        RESPONDENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Candace J. Smith (Doc. # 5), wherein she recommends that Petitioner Baker's petition for habeas relief under 28 U.S.C. § 2254 (Doc. # 1) be transferred to the United States District Court for the Western District of Kentucky, Louisville Division. No objections have been filed, and the time for doing so has passed. The Court has reviewed the R&R and concludes that it is sound in all respects, and it will be adopted as the opinion of the Court.

Accordingly, **IT IS ORDERED** as follows:

(1)    The Report and Recommendation of the United States Magistrate Judge (Doc. # 5) is **ADOPTED** as the Opinion of the Court;

(2)    Petitioner Baker's petition for habeas relief under 28 U.S.C. § 2254 (Doc. # 1) is **TRANSFERRED** to the United States District Court for the Western District of Kentucky, Louisville Division; and

(3)    This matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

1

This 7th day of January, 2024.



Signed By:
*David L. Bunning* DB
**United States District Judge**

L:\DATA\ORDERS\Ashland Civil\2023\23-110 Order Adopting RR.docx